IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RYAN WALKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 15-CV-00028-SPS |
| ) | |
| BOARD OF THE COUNTY ) | |
| COMMISSIONERS OF BYRAN COUNTY, ) | |
| OKLAHOMA and ) | |
| ) | |
| SHERIFF KEN GOLDEN, ) | |
| ) | |
| Defendants. ) | |

## COMPLAINT

**COMES NOW,** the Plaintiff herein by and through his attorneys of record James Patrick Hunt and Gary Eaton files this original complaint, stating claims for relief as follows.

### I.   JURISDICTION AND VENUE

1. This in an action arising under the laws of the United States of America, in particular Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. Sec. 2000e-16, and the Civil Rights Act of 1991, 42 U.S.C. sec. 1981a.

2. The jurisdiction of this court is invoked pursuant to the provisions of Title VII, 42 U.S.C. sec. 2000(e)-5 and 2000e – 16(c), and the general civil rights jurisdictional provisions of 28 U.S.C. sec. 1343(a)(4).

3. This is an employment discrimination and retaliation case by a former employee of the Bryan County Sheriff's Office, State of Oklahoma alleging a continuing series of sexual harassment against him and retaliation for reporting same.

4. The Defendants are Bryan County Board of Commissioners and Sheriff Ken Golden.

5. Plaintiff seeks a declaration Defendants intentionally and unlawfully engaged in sexual harassment and retaliated against him for opposing such conduct, appropriate injunctive relief, lost pay, compensatory and punitive damages.

## II. STATEMENT OF FACTS

6. Plaintiff Ryan Walker was employed as a jailer by the Bryan County Sheriff's Office from June of 2013 until his termination in April of 2014.

7. At the time of the sexual harassment, Plaintiff was under the supervision of Captain Jamie Newberry. Ms. Newberry was the chief administrator of the Bryan County jail.

8. Plaintiff worked under the supervision of Chief Warrant Officer Lisa Miller. Lisa Miller and Jaime Newberry started working together at the Bryan County jail at the same time. It is Plaintiff's understanding that Ms. Miller and Ms. Newberry had previously worked together prior to working at Bryan County jail. Plaintiff was told that Ms. Newberry and Ms. Miller came to Bryan County as a "package deal."

9. The Sheriff of Bryan County during this time was Ken Golden.

10. Shortly after Ms. Miller began working at the county jail, she massaged Plaintiff's shoulders and neck several times at the workplace. The physical contact was not welcome or encouraged.

11. Plaintiff reported this unwanted physical conduct to Captain Newberry through his chain of command.

12. After Plaintiff reported the sexual harassment, Miller told another jailer that she did not like the Plaintiff and was going to get Plaintiff fired.

13. Thereafter, Plaintiff was terminated on April 7, 2014 by Captain Newberry. Plaintiff was told that he had been terminated for allegedly not going through chain of command when he had requested and received vacation leave.

14. Plaintiff filed a complaint with Equal Employment Opportunity Commission (EEOC) on or about May 6, 2014. The EEOC issued a Notice of Suit Rights – Right to Sue letter on November 6, 2014.

## FIRST CAUSE OF ACTION
## SEXUAL HARASSMENT

15. Plaintiff readopts and re-alleges each and every allegation contained in paragraphs 1 through 14 as if set forth herein.

16. Defendants discriminated against Plaintiff and sexually harassed him in violation of Title VII of the Civil Rights Act of 1964, as amended by the Civil Rights Act of 1991.

## SECOND CAUSE OF ACTION
## RETALIATION

17. Plaintiff readopts and re-alleges each and every allegation contained in paragraphs 1 through 16 as if set forth therein.

18. Defendants retaliated against Plaintiff when he complained about his supervisor's sexual harassment. This by itself was a violation of Title VII of the Civil Rights Act of 1964, as amended by the Civil Rights Act of 1991

## **PRAYER FOR RELIEF**

Plaintiff has suffered financial losses, humiliation, embarrassment, emotional pain, mental anguish, injury to his good name, and personal and professional reputation as a result of

the Defendants' illegal conduct. Plaintiff prays for relief requiring Defendants to compensate him for the damages he has suffered as a result of Defendants' illegal and tortuous conduct. Plaintiff prays for actual, compensatory, and punitive damages against the Defendants.

WHEREFORE, Plaintiff Ryan Walker prays for judgment on the foregoing claims and for all sums due with pre and post judgment interest hereon, all costs and attorney fees associated with this matter, to and including actual, compensatory and punitive damages against Defendants Bryan County Board of Commissioners and Sheriff Ken Golden.

Respectfully submitted,

_____/s/ James P. Hunt_____
James Patrick Hunt, OBA # 15559
406 S. Boulder, Ste. 400
Tulsa, OK 74103
Telephone: (918) 497-9159
Fax: (918) 582-6106
jamesphunt@earthlink.net

____/s/ Gary Eaton_____
Gary A. Eaton, OBA #
Eaton and Sparks
1717 East 15th Street
Tulsa, OK 74104
GaryEaton@aol.com

**JURY TRIAL DEMANDED**
**ATTORNEY'S LIEN CLAIMED**