IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| RYAN WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-15-0028-SPS |
| | ) | |
| SHERIFF KEN GOLDEN, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

All parties jointly stipulate that the above-styled case should be dismissed with prejudice. All parties to bear their own costs and expenses.

Respectfully submitted,

s/ Ambre C. Gooch
Ambre C. Gooch OBA No. 16586
COLLINS, ZORN & WAGNER, P.C.
429 N.E. 50th Street, 2nd Floor
Oklahoma City, OK 73105-1815
Telephone: (405) 524-2070
Facsimile: (405) 524-2078
Email for service: gooch@czwglaw.com

ATTORNEY FOR DEFENDANT

s/ James P. Hunt
James Patrick Hunt, OBA No. 15559
406 S. Boulder
Suite 400
Tulsa, OK 74103
Telephone: (918) 497-9159
Facsimile: (918) 582-6106
Email: jamesphunt@earthlink.net

Gary Eaton, Esq.
Eaton and Sparks
1717 East 15th Street

Tulsa, OK 74104

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2016, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

James P. Hunt - via electronic mail at: jamesphunt@earthlink.net
406 S. Boulder, Suite 400
Tulsa, OK 74103

Gary Eaton, Esq.
Eaton and Sparks
1717 East 15th Street
Tulsa, OK 74104
***Attorneys for Plaintiff***

s/ Ambre C. Gooch
Ambre C. Gooch